Alex Miletisch v. Alluminum Company of America.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.